ELLEN F. ROSENBLUM
Attorney General
JAMES M. AARON #132865
Assistant Attorney General
LYNN DAVID LARSEN #772545
Attorney-in-Charge
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: James.Aaron@doj.state.or.us
Lynn.Larsen@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PATRICK HARNED,<br><br>      Petitioner,<br><br>    v.<br><br>JERI TAYLOR,<br><br>      Respondent. | Case No. 2:17-cv-00662-SI<br><br>JOINT STATUS REPORT |

Pursuant to this Court's order of August 2, 2018 (ECF #7), the parties provide the following status report.

Petitioner filed a notice of appeal from the state trial court's denial of his successive petition for post-conviction relief on August 10, 2018. Petitioner's opening brief in the appeal is currently due February 19, 2019.

Page 1 - JOINT STATUS REPORT
JA/cia/9425554-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

Because the state post-conviction proceedings are still pending, the parties respectfully request this Court continue the stay granted in this case. The parties will file another status report in 90 days, or as directed by the Court.

DATED February  1 , 2019.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

   *s/ James M. Aaron*
JAMES M. AARON #132865
Assistant Attorney General
LYNN DAVID LARSEN #772545
Attorney-in-Charge
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
James.Aaron@doj.state.or.us
Lynn.Larsen@doj.state.or.us
Of Attorneys for Respondent

Page 2 -   JOINT STATUS REPORT
    JA/cia/9425554-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794