ELLEN F. ROSENBLUM
Attorney General
JAMES M. AARON  #132865
Assistant Attorney General
LYNN DAVID LARSEN  #772545
Attorney-in-Charge
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email:  James.Aaron@doj.state.or.us
             Lynn.Larsen@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PATRICK HARNED,<br><br>          Petitioner,<br><br>     v.<br><br>JERI TAYLOR,<br><br>          Respondent. | Case No.  2:17-cv-00662-SI<br><br>JOINT STATUS REPORT |

Pursuant to this Court's order of May 6, 2019 (ECF #12), the parties provide the following status report.

Petitioner's appeal from the state trial court's denial of his successive petition for post-conviction relief remains pending before the Oregon Court of Appeals.  The state's answering brief remains due August 20, 2019.

Page 1 -   JOINT STATUS REPORT
            JA/kk4/9766510-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

Because the state post-conviction proceedings are still pending, the parties respectfully request this Court continue the stay granted in this case. The parties will file another status report in 90 days, or as directed by the Court.

DATED August  6 , 2019.

                                           Respectfully submitted,

                                           ELLEN F. ROSENBLUM
                                           Attorney General


                                         *s/ James M. Aaron*
                                         JAMES M. AARON #132865
                                         Assistant Attorney General
                                         Trial Attorney
                                         Tel (503) 947-4700
                                         Fax (503) 947-4794
                                         James.Aaron@doj.state.or.us
                                         Of Attorneys for Respondent

Page 2 -    JOINT STATUS REPORT
        JA/kk4/9766510-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794